UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIAS PEREZ,

         Plaintiff,

    v.

PEOPLEREADY, INC., et al.,

         Defendants.

Case No. 25-cv-04610-AMO

**ORDER CONTINUING STAY PENDING ARBITRATION**

Re: Dkt. No. 29

On March 6, 2026, the Court granted Defendants' motion to compel and motion to stay. *See* Dkt. No. 29. The Court continues the stay of the case.

Given the procedural posture, the Court **ORDERS** that the instant case is **CLOSED** for statistical purposes only. Nothing contained in this Order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. The parties' obligation to file periodic status reports every 90 days remains in effect. Dkt. No. 29 at 11. Within 30 days of the resolution of the arbitration, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

    **IT IS SO ORDERED.**

Dated: May 28, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California